**Order entered November 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01078-CR

### ERIC ROSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-55385-Y

## ORDER

The Court **REINSTATES** the appeal.

On October 16, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Julie Woods; (3) counsel's explanation for the delay in filing appellant's brief is her workload and that she discovered the record in this appeal is incomplete and incorrect; (4) counsel obtained the exhibits from court reporter Sharon Hazlewood on October 28, 2013; (5) appellant's judicial confession, which is identified as State's Exhibit no. 1 in the supplemental reporter's record filed on August 15, 2013, was not in the envelope of exhibits counsel obtained from Ms. Hazlewood; (6) volume 3 of the reporter's record does not contain any references as to whether

or not exhibits were admitted nor whether there were objections by either party to any exhibits; (7) while reviewing the envelope of original exhibits, counsel discovered a CD entitled "Eric Rose 7-12-12 whole thing (no VD)," which appears to contain a version of volume 3 of the reporter's record that contains additional dialogue between the trial court and the attorneys, including reference to exhibits; (8) the record on the CD also contains portions that are slightly different that the volume 3 filed with the Court; and (9) Ms. Hazlewood should be given thirty days from November 5, 2013 to file a corrected and complete record; and (10) counsel should be given an additional fifteen days after the record is complete to file appellant's brief.

Because appellant's November 5, 2013 motion to supplement the record and extend time to file his brief mirrors the trial court's findings, we **GRANT** the motion.

We **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **THIRTY DAYS** of the date of this order, a corrected and complete volume 3 that accurately reflects the trial court proceedings, and all exhibits admitted into evidence during the trial court proceedings. No further extensions will be granted. If the complete and corrected record is not filed within the time specified, the Court will order that Sharon Hazlewood not sit as a court reporter until the record is filed in this appeal.

We **ORDER** appellant to file his brief within **SIXTY DAYS** of the date of this order. No further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/    LANA MYERS
JUSTICE